# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Robert L. Garber, on Behalf of Himself and All Others Similarly Situated and Derivatively on Behalf of WM. Wrigley Jr. Company

v.

William Wrigley, Jr., William D. Perez, John F. Bard, Howard

Case Number: FILED: APRIL 29, 2008
08 CV 2449 RCC
JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT L. GARBER, on Behalf of Himself and All Others Similarly Situated and Derivatively on Behalf of WM. WRIGLEY JR. COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Norman Rifkind | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Norman Rifkind | |
| FIRM | |
| Lasky & Rifkind, Ltd. | |
| STREET ADDRESS | |
| 350 N. LaSalle Street, Suite 1320 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6191038 | 312-634-0057 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐