**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated and derivatively on behalf of Wm. Wrigley Jr. Company, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 08 CV 2449 |
| vs. ) ) | Hon. George W. Lindberg |
| WILLIAM WRIGLEY, JR., WILLIAM D. PEREZ, JOHN F. BARD, HOWARD B. BERNICK, THOMAS A. KNOWLTON, JOHN RAU, STEVEN B. SAMPLE, ALEX SHUMATE, RICHARD K. SMUCKER, and MELINDA R. RICH, ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| - and - ) ) | |
| WM. WRIGLEY JR. COMPANY, a Delaware corporation, ) ) ) | |
| Nominal Defendant. ) | |

**NOTICE OF MOTION**

To:   All Counsel on the Attached Service List

PLEASE TAKE NOTICE that on May 21, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable George W. Lindberg or any judge sitting in his stead in Courtroom 1425, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendants' Motion for a Stay of Proceedings.

Dated: May 16, 2008
      Chicago, Illinois

Respectfully submitted,

/s/ Matthew R. Kipp
Matthew R. Kipp
Donna L. McDevitt
Nick D. Campanario
William M. Rohner
SKADDEN ARPS SLATE
 MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

Counsel for Defendants

**CERTIFICATE OF SERVICE**

      Matthew R. Kipp, an attorney, hereby certifies that on May 16, 2008, he caused true and correct copies of the foregoing *Notice of Motion* to be served by the Court's CM-ECF system and served by messenger on Chicago counsel and by FedEx on out-of-state counsel at the addresses listed below:

LASKY & RIFKIND, LTD.
Leigh R. Lasky
Norman Rifkind
Amelia S. Newton
350 North LaSalle Street, Suite 1320
Chicago, Illinois 60610

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Darren J. Robbins
Randall J. Baron
A. Rick Atwood, Jr.
655 West Broadway, Suite 1900
San Diego, California 92101

LAW OFFICES OF ALFRED G. YATES JR., PC
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219

                                            /s/ Matthew R. Kipp
                                            Matthew R. Kipp