UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ROBERT L. GARBER, on Behalf of Himself and All Others Similarly Situated and Derivatively on Behalf of WM. WRIGLEY JR. COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WRIGLEY, JR., et al.,<br><br>Defendants,<br><br>– and –<br><br>WM. WRIGLEY JR. COMPANY., a Delaware corporation,<br><br>Nominal Defendant. | No. 08-cv-02449-RCC<br><br>Judge Lindberg<br>Magistrate Judge Schenkier |

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY PROCEEDINGS

Plaintiff does not oppose defendants' motion to stay this action. However, plaintiff reserves the right to seek to lift the stay and/or seek other judicial intervention depending on future developments.

DATED: June 4, 2008

LASKY & RIFKIND, LTD.
LEIGH R. LASKY
NORMAN RIFKIND
AMELIA S. NEWTON


/s/ Norman Rifkind
NORMAN RIFKIND
350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312/634-0057
312/634-0059 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF ALFRED G. YATES JR., PC
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
412/471-1033 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney herein, does hereby certify that he caused a copy of **Plaintiff's Response to Defendants' Motion to Stay Proceedings** to be served on the counsel listed below via US Mail, postage prepaid, on this 4th day of June 2008:

Skadden Arps Slate Meagher & Flom, LLP
Matthew R. Kipp
Donna L. McDevitt
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

/s/ Norman Rifkind
Norman Rifkind