UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert L Garber
                Plaintiff,

v.                                      Case No.: 1:08–cv–02449
                                              Honorable George W. Lindberg

William Wrigley Jr., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable George W. Lindberg:For the reasons provided in Defendants' motion and memorandum of law in support of the same, the Court grants Defendants' Motion for a Stay of Proceedings [15]. This order stays all proceedings in this civil action. The Court notes that Plaintiff did not oppose the motion. The parties are ordered to appear on 7/9/08 at 9:30 a.m. to report the status of the parallel Delaware state court proceedings.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.